EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | |
|---|---|
| Renuncia a la Comisión para el Estudio y Evaluación de la Función Notarial en Puerto Rico | 2018 TSPR 63 <br><br> 200 DPR ____ |

Número del Caso: EN-2018-1

Fecha: 18 de abril de 2018

Materia: Resolución del Tribunal.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re:*

RENUNCIA A LA COMISIÓN PARA EL
ESTUDIO Y EVALUACIÓN DE LA
FUNCIÓN NOTARIAL EN PUERTO RICO

EN-2018-01

RESOLUCIÓN

En San Juan, Puerto Rico, a 18 de abril de 2018.

Mediante Resolución de 14 de diciembre de 2016, EC-2016-01, este Tribunal reconstituyó la Comisión para el Estudio y Evaluación de la Función Notarial en Puerto Rico (Comisión Notarial), con la encomienda de actualizar las recomendaciones contenidas en el *Informe de la Comisión para el Estudio y Evaluación de la Función Notarial* de 2010. In re Com. Estudio y Eval. Fun. Notarial, 197 DPR 1 (2016).

El 6 de abril de 2018 el Lcdo. Luis Mojica Sandoz presentó una moción mediante la cual solicita ser relevado de su designación como miembro de la Comisión Notarial. Ello toda vez que los cambios en sus circunstancias profesionales y personales luego del paso del huracán María le han impedido colaborar y adelantar la encomienda de la Comisión Notarial.

Acogida su petición, relevamos al licenciado Mojica Sandoz de su designación a la Comisión Notarial no sin antes reconocer su labor como miembro cada vez que este Tribunal ha activado a la Comisión desde el 2004. In re Comité Estudio y Eval. Not. II, 162 DPR784 (2004). Asimismo, agradecemos su aportación como profesional del Derecho al prestar sus servicios *ad honorem*, para el mejoramiento de la práctica notarial.

Esta Resolución tendrá vigencia inmediata.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.


Juan Ernesto Dávila Rivera
Secretario del Tribunal Supremo